PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ennis Orlando Fitzgerald**

**Docket No. 0:00CR00177-002(DSD)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ennis Orlando Fitzgerald** (2500 Nathan Lane, Apt. 120, Plymouth, MN 55414) who was sentenced on March 7, 2001, by the Honorable David S. Doty, sitting in the court at Minneapolis, Minnesota, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participation in a drug/alcohol treatment program
Mandatory drug testing
No firearms or other dangerous weapons
30 days community confinement (modified April 4, 2004)
60 days home confinement with electronic monitoring (modified August 25, 2004)
Participation in and complete a drug relapse prevention program (modified August 25, 2004)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Fitzgerald failed to appear for drug testing as scheduled on November 5 and December 22, 2004.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 26TH day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on April 25, 2005
Place Minneapolis

SCANNED
APR 26 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission