PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ennis Orlando Fitzgerald**

**Docket No. 0:00CR00177-002(DSD)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ennis Orlando Fitzgerald** (2500 Nathan Lane, Apt. 120, Plymouth, MN 55414) who was sentenced on March 7, 2001, by the Honorable David S. Doty, sitting in the court at Minneapolis, Minnesota, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participation in a drug/alcohol treatment program
Mandatory drug testing
No firearms or other dangerous weapons
30 days community confinement (modified on April 4, 2004)
60 days home confinement with electronic monitoring (modified on August 25, 2004)
Participation in and complete a drug relapse prevention program (modified on August 25, 2004)
25 hours of community service (modified on April 26, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Fitzgerald failed to appear for drug testing as scheduled on May 7, June 22, and July 9, 2005. Additionally, Mr. Fitzgerald has failed to attend numerous relapse prevention groups at Resource Recovery Center since starting the 12-week program in October 2004.

> SPECIAL CONDITION: The defendant shall perform 25 hours of community service, as approved by the probation officer.

Mr. Fitzgerald failed to begin community service by July 15, 2005, as directed by this officer.

> STANDARD CONDITION: the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

Mr. Fitzgerald has been unemployed since April 2005.

SCANNED
JUL 2 5 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 25 day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on July 22, 2005
Place Minneapolis

c: United States Sentencing Commission