PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

FEB 13 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ennis Orlando Fitzgerald**

**Docket No. 0:00CR00177-002(DSD)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ennis Orlando Fitzgerald** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Crack Cocaine on March 7, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participation in a drug/alcohol treatment program
Mandatory drug testing
No firearms or other dangerous weapons
30 days community confinement (modified on April 4, 2004)
60 days home confinement with electronic monitoring (modified on August 25, 2004)
Participation in and complete a drug relapse prevention program (modified on August 25, 2004)
25 hours of community service (modified on April 26, 2005)
60 days community confinement (modified on July 25, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Fitzgerald failed to appear for drug testing as scheduled on January 5, 11, 24, and 27; and February 1 and 6, 2006. Additionally, Mr. Fitzgerald has failed to complete the relapse prevention group at Resource Recovery Center in Minneapolis, Minnesota.

SPECIAL CONDITION: The defendant shall perform 25 hours of community service, as approved by the probation officer.

Mr. Fitzgerald has failed to perform the 25 hours of community service.

SCANNED
FEB 14 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 13th day of February, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on February 9, 2006
Place Minneapolis