**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENNIS ORLANDO FITZGERALD,<br><br>Defendant. | ))))<br>))))<br>)<br>)<br>) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge<br><br>Case No: 00-177(2)(DSD)<br>Date: 2/21/06<br>Court Reporter: N/A<br>Tape Number: 2-2895/3-810<br>Time Commenced: 2:15 p.m.<br>Time Concluded: 2:20 p.m.<br>Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender

Date Charges Filed: 2/13/06 Offense: Violation of Supervised Release

☒ **Defendant failed to appear, Arrest Warrant to be issued.**

s/Katie Haagenson
Judicial Assistant