AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.

Ennis Orlando Fitzgerald

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 00-177 (2) DSD

RECEIVED
06 FEB 17 PM 12 23
CLERK, U.S. DIST. COURT
MINNEAPOLIS

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **2/21/06 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

Jackie Ellingson

Jackie Ellingson, Deputy Clerk

Dated: February 13, 2006

SCANNED
FEB 2 1 2006
U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Tom Genz, DUSM Date: 2-15-06

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Shanail Johnson, girlfriend

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2-15-06
Date

A. Garber
Name of United States Marshal

T. Genz
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure