**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:JEANNE GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 00-177(02)(DSD) |
| | ) | Date: 8/14/06 |
| **ENNIS ORLANDO FITZGERALD**, | ) | Court Reporter: N/A |
| | ) | Tape Number: JJG MPLS CRIM TAPE #5 |
| Defendant. | ) | Time Commenced: 1:30 pm |
| | | Time Concluded: 1:35 pm |
| | | Time in Court: 0 Hours & 5 Minutes |

APPEARANCES:

Plaintiff: Nicole Engisch
Defendant: Andrea George ☐ FPD ☐ Retained ☒ To be appointed
Interpreter / Language: N/A // ENGLISH

**Date Charges Filed**: **2/13/06** **Offense**: **Supervised release violation**
**2/21/06** **Failure to appear on summons for supervised release violation**

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

**on** ☐ Indictment ☐ Information ☒ Bench warrant Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.
**Bond set in the amount of $* with conditions, see Order Setting Conditions of Release.**

**Next appearance date is at 8/17/06, 2:00 p.m. before U.S. Magistrate Judge Mayeron, CTRM 8E MPLS for**:

☒ **detention hrg** ☐ **preliminary hrg** ☐ **arraignment**

☐ **removal hrg** ☒ **preliminary revocation**

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Mary Lenner
Signature of Judicial Assistant