**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-177(2) (DSD) |
| | ) | Date: 8/17/06 |
| ENNIS ORLANDO FITZGERALD, | ) | Court Reporter: NA |
| | ) | Tape Number: MOM #2/00-146 |
| Defendant. | ) | Time Commenced: 2:30 p.m. |
| | ) | Time Concluded: 2:50 |
| | ) | Time in Court: 20 Minutes |

☒ **DETENTION HEARING**
☒ **PRELIMINARY REVOCATION HEARING**

APPEARANCES:

Plaintiff: Nicole English, Assistant U.S. Attorney
Defendant: Andrea George, FPD

Interpreter / Language: NA

On Violation of Supervised Release

☐ Defendant released on current supervisory conditions
☐ Defendant released on current supervisory conditions, plus additional new conditions, see Order Setting Conditions of Release

☐ Defendant Ordered Detained - Government to submit proposed Order

Additional Information: Defendant waived his detention and preliminary revocation hearing. By agreement of the parties and Judge David Doty, the final revocation hearing was held by Magistrate Judge Mayeron. Defendant was found to have violated the terms of his supervised release. Defendant was sentenced to 4 months prison with the BOP and will then be subject to conditions of supervised release previously imposed by Judge Doty to expire on September 22, 2008, except that the defendant shall not be required to perform 25 hours of community service or to complete the relapse prevention group. Judgment to be issued.

s/SK
Law Clerk