A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

# UNITED STATES DISTRICT COURT

AUG 23 2006

## District of Minnesota

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2006 FEB 22 A 11: 23

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL
ST. PAUL, MN

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 00-177 (2) DSD/JMM**

0641 - 0221 - 0505 - B

Ennis Orlando Fitzgerald

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Ennis Orlando Fitzgerald

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order charging him or her with:

Failure to Appear

Ordered by: Janie S. Mayeron, United States District Court Magistrate Judge.

(By) Leah E. Gilgenbach, Deputy Clerk

February 21, 2006 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 8-10-06
ARRESTED BY [illegible]
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
AUG 24 2006
U.S. DISTRICT COURT MPLS