PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

AUG 07 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ennis Orlando Fitzgerald**

**Docket No. 0:00CR00177-002(DSD)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ennis Orlando Fitzgerald** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Crack Cocaine on March 7, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program, mandatory drug testing, no firearms or dangerous weapons
- 30 days community confinement (modified April 4, 2004)
- 60 days home confinement with electronic monitoring (modified August 25, 2004)
- Drug relapse prevention program (modified August 25, 2004)
- 25 hours of community service (modified April 26, 2005)
- 60 days community confinement center (modified July 25, 2005)
- August 21, 2006, supervised release revoked, custody of the Bureau of Prisons for 4 months with supervised release until September 22, 2008, previously ordered conditions of 25 hours community service and relapse prevention program vacated.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

GENERAL CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except prescribed by a physician.

On July 18, 2007, the defendant submitted a urine sample which tested positive for marijuana.

SCANNED
AUG 07 2007
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 7th day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer
Telephone: 612-664-5379

Executed on August 6, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission