Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Ennis Orlando Fitzgerald

Docket No. 0:00CR00177-002

## HEARING WAIVER

I, Ennis Orlando Fitzgerald, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: Ennis Orlando Fitzgerald

Ennis Orlando Fitzgerald

Witness: [signature]

Odell Wilson
U.S. Probation Officer

Dated: 8-1-2007

SCANNED
AUG 07 2007
U.S. DISTRICT COURT MPLS