A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 28 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-177(2) DSD/**

Ennis Orlando Fitzgerald

2007 DEC 26 P 5:04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Ennis Orlando Fitzgerald

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Kim Krulas

(By) Kim Krulas, Deputy Clerk

December 26, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________________ ______________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON ______
ARRESTED BY ______
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______

ARRESTED ON 12-26-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lawrence

SCANNED
JAN
U.S. DISTRICT COURT