UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-177(2)(DSD/JMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| ENNIS ORLANDO FITZGERALD, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-177(2)(DSD/JMM)

Defendant Name

Ennis Orlando Fitzgerald

Remove AUSA

Nicole A. Engisch

Add AUSA

Leshia Lee-Dixon

Dated: January 4, 2008

RACHEL K. PAULOSE
United States Attorney

s/Nicole A. Engisch

BY: Nicole A. Engisch
Assistant U.S. Attorney
Attorney ID No. 215284