IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 00-177 (DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT'S MOTION TO REDUCE |
| vs. | ) | SENTENCE |
| | ) | |
| BOBBY DION WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and Leshia M. Lee-Dixon, Assistant United States Attorney, hereby submits its response to Defendant, Bobby Dion Woods motion for reduced sentence.

The government does not oppose a reduced sentence based upon Section 3582(c)(2). The government concurs in defendant's motion seeking a sentencing reduction from 210 to 168 months based upon defendant's prior pre-sentencing report and amended calculations prepared by the United States Probation Department.

DATED: July 8, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
ACTING UNITED STATES ATTORNEY

s/ Leshia M. Lee-Dixon
___________________________________
LESHIA M. LEE-DIXON
Assistant United States Attorney